UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOCAL 210 PENSION FUND, LOCAL 210'S SCHOLARSHIP AND EDUCATION FUND, LOCAL 210 LEGAL FUND AND LOCAL 210 ANNUITY FUND,

                Plaintiffs,

-against-

SUPER PACK WAREHOUSE & DISTRIBUTION INC. d/b/a SUPER PAK COURIER SERVICES, INC.,

                Defendant.

22-CV-9465 (JGLC)

**NOTICE OF REASSIGNMENT**

---

JESSICA G. L. CLARKE, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, except that any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at** https://nysd.uscourts.gov/hon-jessica-g-l-clarke.

    The deadline for Defendants to answer, move or otherwise respond to the complaint elapsed on July 3, 2023. See ECF No. 7. The Court previously extended the deadline because the parties anticipated concluding a complete settlement by July 3, 2023. It is hereby ORDERED that no later than **August 8, 2023**, the parties shall file on ECF a joint letter, updating the Court on the status of settlement and/or whether the parties seek to voluntarily dismiss this case.

Dated: August 2, 2023
       New York, New York

                              SO ORDERED.

                              *Jessica Clarke*

                              JESSICA G. L. CLARKE
                              United States District Judge