UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOCAL 210 PENSION FUND, LOCAL 210'S SCHOLARSHIP AND EDUCATION FUND, LOCAL 210 LEGAL FUND AND LOCAL 210 ANNUITY FUND,

          Plaintiffs,

-against-

SUPER PACK WAREHOUSE & DISTRIBUTION INC. d/b/a SUPER PAK COURIER SERVICES, INC.,

          Defendant.

22-CV-9465 (JGLC)

**ORDER OF DISMISSAL**

---

JESSICA G. L. CLARKE, United States District Judge:

    The Court having been advised at ECF No. 9 that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within 30 days** of the date of this Order if the settlement is not consummated.

    To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis. If there is a need to reopen the case and Defendant has not responded to the Complaint within one week of reopening, Plaintiffs shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **within 60 days** of the date of this Order.

    If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Section 6(a) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    Any pending motions are moot. All conferences are cancelled. The Clerk of Court is directed to CLOSE the case.

Dated: August 9, 2023
       New York, New York

                          SO ORDERED.

                          *Jessica Clarke*

                          JESSICA G. L. CLARKE
                          United States District Judge